JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL DIAZ,                                )          Case No.:CV 11-3982 DSF (MRWx)
                Plaintiff,                )
                                          )
        vs.                               )          JUDGMENT
                                          )
SOUTHERN CALIFORNIA                       )
EDISON,                                   )
                Defendant.                )
_____

    The Court having granted Defendant's motion for summary judgment,

    IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, that

his claims be dismissed on their merits and with prejudice, and that Defendant

recover its costs of suit pursuant to a bill of costs filed in accordance with 28

U.S.C. § 1920.


       7/10/12

Dated: _____          _____
                                              Dale S. Fischer
                                       United States District Judge